**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: James F. Colden  |  CHAPTER 13
      Debtor(s)

BKY. NO. 16-10170 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for EMC Mortgage Loan Trust 2004-B, Mortgage Pass-Through Certific, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: ase)

                                      Respectfully submitted,

                                      **/s/Thomas Puleo, Esquire**
                                      Thomas Puleo, Esquire
                                      Brian C. Nicholas, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 825-6306  FAX (215) 825-6406