## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| James F. Colden | : | **Case No.: 16-10170** |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED
STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN
AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C.

Section 102(1) and all other applicable law, the undersigned, as counsel of record for Wells

Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A., its successor and assigns

("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned

bankruptcy case, hereby requests that all notices given or required to be given in this case, and

all papers served or required to be served in this case, be given to and served upon the

undersigned at the following office, address and telephone number:

Karina Velter, Esquire
MANLEY DEAS KOCHALSKI LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-222-4921
Atty File No.: 17-003623

The foregoing request includes not only the notices and papers referred to in the Rules specified

above, but also includes without limitation, orders and notices of any application, motion,

petition, pleading, request, complaint or demand, whether formal or informal, whether written or

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or

otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

17-003623_ECK

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

17-003623_ECK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                        :
                                              :
   James F. Colden                            :        **Case No.: 16-10170**
                                              :        **Chapter 13**
   Debtor(s).                                 :        **Judge Magdeline D. Coleman**
                                              :        * * * * * * * * * * * * * * * * * * * * * *
                                              :
                                              :

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

    United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500,
    Philadelphia, PA 19107

    William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA
    19107

    Joseph Quinn, Attorney for  James F. Colden, 152 E. High Street, Suite 100, Pottstown, PA
    19464, CourtNotices@sjrlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January 30,
2017:

    James F. Colden and Laraine L. Colden, 6 Country Run, Thornton, PA 19373

DATE:  _January 30, 2017_

                                             /s/ Karina Velter
                                           Karina Velter, Esquire (94781)
                                           Kimberly A. Bonner (89705)
                                           Holly N. Wolf (322153)
                                           Manley Deas Kochalski LLC
                                           P.O. Box 165028
                                           Columbus, OH  43216-5028
                                           Telephone: 614-220-5611
                                           Fax: 614-627-8181
                                           Attorneys for Creditor
                                           The case attorney for this file is Karina
                                           Velter.
                                         Contact email is kvelter@manleydeas.com

17-003623_ECK