**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 16-10170 |
| James F. Colden | : | Chapter 13 |
| | : | Judge Magdeline D. Coleman |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| Wells Fargo Bank, N.A. as successor by | : | Date and Time of Hearing |
| merger to Wachovia Bank, N.A. | : | Place of Hearing |
| Movant, | : | April 27, 2017 at 11:00 a.m. |
| | : | |
| vs | : | |
| | : | 214, U.S. Bankruptcy Court |
| James F. Colden | : | 900 Market Street |
| Laraine L. Colden | : | Philadelphia, PA, 19107 |
| | : | |
| William C. Miller | | Related Document # 32 |
| Respondents. | | |

## ORDER OF COURT

AND NOW, to wit, this __7th__ day of __June__, 2017, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

4

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107 (notified by ecf)ed orde

Joseph Quinn, Attorney for Debtor and/or Co-Debtor, 152 E. High Street, Suite 100, Pottstown, PA  19464 (notified by ecf)

James F. Colden and Laraine L. Colden, Debtor and/or Co-Debtor, 6 Country Run, Thornton, PA 19373 (notified by regular US Mail)

Chase Mtg, Party of Interest, P.o. Box 24696, Columbus, OH  43224 (notified by regular US Mail)

5