United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10170-mdc
James F. Colden                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 1          Date Rcvd: Jun 07, 2017
                              Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2017.
db             +James F. Colden,    6 Country Run,    Thornton, PA 19373-1117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jun 08 2017 01:26:52     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 08 2017 01:26:30     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 08 2017 01:26:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, Et Al...
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              JOSEPH L QUINN    on behalf of Debtor James F. Colden CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. as Successor by Merger to
               Wachovia Bank, N.A. amps@manleydeas.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 16-10170** |
| **James F. Colden** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A. as successor by** | : | **Date and Time of Hearing** |
| **merger to Wachovia Bank, N.A.** | : | **Place of Hearing** |
| Movant, | : | **April 27, 2017 at 11:00 a.m.** |
| | : | |
| vs | : | |
| | : | **214, U.S. Bankruptcy Court** |
| **James F. Colden** | : | **900 Market Street** |
| **Laraine L. Colden** | : | **Philadelphia, PA, 19107** |
| | : | |
| **William C. Miller** | | **Related Document # 32** |
| Respondents. | | |

## ORDER OF COURT

    AND NOW, to wit, this   7th   day of    June   , 2017, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.    The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.    Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

        By the Court:

        *Magdeline D. Coleman*

        MAGDELINE D. COLEMAN, JUDGE
        UNITED STATES BANKRUPTCY COURT

CC:

   Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

   United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

Case 16-10170-mdc    Doc 39    Filed 06/09/17    Entered 06/10/17 01:10:37    Desc Imaged
Certificate of Notice    Page 3 of 3

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107 (notified by ecf)ed orde

Joseph Quinn, Attorney for Debtor and/or Co-Debtor, 152 E. High Street, Suite 100, Pottstown, PA  19464 (notified by ecf)

James F. Colden and Laraine L. Colden, Debtor and/or Co-Debtor, 6 Country Run, Thornton, PA 19373 (notified by regular US Mail)

Chase Mtg, Party of Interest, P.o. Box 24696, Columbus, OH  43224 (notified by regular US Mail)