United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-10170-mdc
James F. Colden                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: JEGilmore            Page 1 of 1            Date Rcvd: Jul 20, 2017
                              Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13663452        E-mail/Text: ally@ebn.phinsolutions.com Jul 21 2017 01:23:47     Ally Financial,
         PO Box 130424,   Roseville MN 55113-0004
                                                                                                                                                 TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:
           ANDREW F GORNALL    on behalf of Creditor   U.S. Bank National Association, Et Al...
            agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
           DANIELLE BOYLE-EBERSOLE    on behalf of Creditor   U.S. Bank National Association, Et Al...
            debersole@hoflawgroup.com, bbleming@hoflawgroup.com
           JOSEPH L QUINN    on behalf of Debtor James F. Colden CourtNotices@sjr-law.com
           JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, Et Al...
            bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
           KARINA VELTER    on behalf of Creditor   Wells Fargo Bank, N.A. as Successor by Merger to Wachovia Bank, N.A. amps@manleydeas.com
           REGINA COHEN    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com
           THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, Et Al...
            tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                       TOTAL: 9

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-10170-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

James F. Colden
6 Country Run
Thornton PA 19373

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/19/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Ally Financial, PO Box 130424, Roseville MN 55113-0004 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/22/17

Tim McGrath
**CLERK OF THE COURT**