UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  James F. Colden
      Bankruptcy No.  16-10170
      Adversary No.
      Chapter      13

Date:   September 5, 2017

To:      Karina Velter, Esquire
      PO Box 165028
      Columbus OH   43216-5028

## NOTICE OF INACCURATE FILING

Re:  <u>Certificate Of Default</u>

The above pleading was filed in this office on **September 1, 2017.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

    ( )    Debtor's name does not match case number listed
    ( )    Debtor's name and/or case number (is) are missing
    **(X)**    Wrong PDF document attached
    ( )    PDF document not legible
    ( )    Notice of Motion/Objection
    ( )    Electronic Signature missing
    ( )    Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Jeanette Gilmore**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04