**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
| **James F. Colden** | :    Case No.: 16-10170 |
| | :    **Chapter 13** |
| Debtor(s). | :    **Judge Magdeline D. Coleman** |
| | :    \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : |

**PRAECIPE TO WITHDRAW CREDITOR'S**
**CERTIFICATION OF DEFAULT**

Kindly withdraw the Certification of Default that was filed on September 1, 2017, on behalf of Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ("Creditor") at Docket number 47.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-003623_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | |
| : | |
| **James F. Colden** : | Case No.: 16-10170 |
| : | **Chapter 13** |
| Debtor(s). : | Judge Magdeline D. Coleman |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Praecipe to Withdraw

Creditor's Certification of Default was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Joseph Quinn, Attorney for James F. Colden, 152 E. High Street, Suite 100, Pottstown, PA 19464, CourtNotices@sjr-law.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on October _16_, 2017:

James F. Colden and Laraine L. Colden, 6 Country Run, Thornton, PA 19373

Chase Mtg, P.O. Box 24696, Columbus, OH  43224

DATE: __10/16/17__

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611

17-003623_JDD1

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-003623_JDD1