IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  James F. Colden,          :     Chapter 13
          Debtor                  :     Bankruptcy No.: 16-10170-mdc

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and the proposed Modified Chapter 13 Plan, has been served upon the following by the means stated:

*Via Electronic Filing (ECF):*

Danielle Boyle-Ebersole on behalf of Creditor U.S. Bank National Association, Et Al...
debersole@hoflawgroup.com, bbleming@hoflawgroup.com

Regina Cohen on behalf of Creditor Ally Financial Inc.
rcohen@lavin-law.com, ksweeney@lavin-law.com

Joshua Isaac Goldman on behalf of Creditor U.S. Bank National Association, Et Al...
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Andrew F Gornall on behalf of Creditor U.S. Bank National Association, Et Al...
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

William C. Miller, Esq, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Thomas I. Puleo on behalf of Creditor U.S. Bank National Association, Et Al...
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

Rebecca Ann Solarz on behalf of Creditor U.S. Bank, National Association et. al.
bkgroup@kmllawgroup.com

Rebecca Ann Solarz on behalf of Creditor U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-B Mortgage Pass-through Certificates Series 2004-B
bkgroup@kmllawgroup.com

Karina Velter on behalf of Creditor Wells Fargo Bank, N.A. as Successor by Merger to Wachovia Bank, N.A.
amps@manleydeas.com

Matteo Samuel Weiner on behalf of Creditor U.S. Bank, National Association et. al.
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via First Class Mail, Postage Pre-Paid:*

All other creditors listed on mailing matrix not notified by way of ECF.

          **LAW OFFICE OF STEPHEN J. ROSS, P.C.**

      By:    */s/ Joseph Quinn*
                Joseph Quinn, Esquire
                Attorney I.D. No. 307467
                152 E. High Street, Suite 100
                Pottstown, PA 19464
                T: 610.323.5300
                F: 610.323.6081
                JQuinn@SJR-LAW.com
Date: April 5, 2018      Counsel for Debtor