IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: James F. Colden,   :   Chapter 13
        Debtor   :   Bankruptcy No.: 16-10170-mdc
_____ :

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for James F. Colden, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on April 25, 2018 along with the Notice of Application and Certificate of Service were timely served on parties in interest on April 25, 2018.

3. A response deadline to the application was due on or before May 17, 2018.

4. As of May 21, 2018, no response to said Application has been received.

**LAW OFFICE OF STEPHEN ROSS, P.C**

By: */s/ Joseph L. Quinn*_____
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
Law Office of Stephen Ross, P.C.
152 E. High Street, Suite 100
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: May 21, 2018