IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  James F. Colden, | : | Chapter 13 |
|                Debtor | : | Bankruptcy No.: 16-10170-mdc |
| | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, it is hereby ORDERED that the Debtor's Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated and docketed on March 9, 2018 is hereby APPROVED.

BY THE COURT:

_____  5/31/18
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE