United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10170-mdc
James F. Colden                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 1          Date Rcvd: Jun 01, 2018
                              Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db              +James F. Colden,   6 Country Run,   Thornton, PA 19373-1117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, Et Al...
           debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          JOSEPH L QUINN    on behalf of Debtor James F. Colden CourtNotices@sjr-law.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. as Successor by Merger to
           Wachovia Bank, N.A. amps@manleydeas.com
          KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, National Association et. al.
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, National Association et. al.
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
           EMC Mortgage Loan Trust 2004-B Mortgage Pass-through Certificates Series 2004-B
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, Et Al...
           bkgroup@kmllawgroup.com
          REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                      TOTAL: 14

IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: James F. Colden,           :     Chapter 13
          Debtor       :     Bankruptcy No.: 16-10170-mdc
                                  :

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan

(Post-Confirmation), and after notice and an opportunity for hearing, it is hereby ORDERED that

the Debtor's Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated and docketed on

March 9, 2018 is hereby APPROVED.

BY THE COURT:

_____ 5/31/18
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE