United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-10170-mdc
James F. Colden                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Aug 27, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.
db          +James F. Colden,    6 Country Run,    Thornton, PA 19373-1117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, Et Al...
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              JOSEPH L QUINN    on behalf of Debtor James F. Colden CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. as Successor by Merger to
               Wachovia Bank, N.A. amps@manleydeas.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, National Association et. al.
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, National Association et. al.
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               EMC Mortgage Loan Trust 2004-B Mortgage Pass-through Certificates Series 2004-B
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 14

IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  James F. Colden,                :    Chapter 13
                Debtor                  :    Bankruptcy No.: 16-10170-mdc
_____          :

## ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1.  The Application is **GRANTED**.

2.  Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of **$950.00**.

BY THE COURT:

August 27, 2018

_____
HON. MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE