United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10170-mdc
James F. Colden                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 2           Date Rcvd: May 21, 2019
                              Form ID: pdf900           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
db             +James F. Colden,    6 Country Run,    Thornton, PA 19373-1117
cr             +PRA Receivables Management, LLC,    PO Box 14067,    Norfolk, VA 23518-0067
cr              Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 22 2019 03:01:29     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2019 03:00:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 22 2019 03:01:09     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: ally@ebn.phinsolutions.com May 22 2019 03:00:26     Ally Financial Inc.,
                 P.O. Box 130424,   Roseville, MN 55113-0004
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             ##+SELECT PORTFOLIO SERVICING, INC.,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, Et Al...
               debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Portfolio Recovery Associates, LLC
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JOSEPH L QUINN    on behalf of Debtor James F. Colden CourtNotices@rqplaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. as Successor by Merger to
               Wachovia Bank, N.A. amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, National Association et. al.
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, National Association et. al.
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               EMC Mortgage Loan Trust 2004-B Mortgage Pass-through Certificates Series 2004-B
               bkgroup@kmllawgroup.com
              REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                  Date Rcvd: May 21, 2019
                              Form ID: pdf900              Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO   on behalf of Creditor   U.S. Bank National Association, Et Al...
         tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                       TOTAL: 15

Case 16-10170-mdc    Doc 85    Filed 05/23/19    Entered 05/24/19 01:02:49    Desc Imaged
Certificate of Notice    Page 2 of 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : Case No. 16-10170-MDC |
| | : Consent Order Settling |
| JAMES F. COLDEN, | : Portfolio Recovery Associates, LLC, |
| | : assignee of Ally Financial, by and through its, |
| | : servicing agent, PRA Receivables |
| | : Management, LLC's |
| | : Motion From Relief From The Automatic |
| Debtor | : Stay Pursuant To 11 U.S.C. § 362 |

AND NOW, this 21st day of May, 2019, this matter having come before this Court upon application of **Portfolio Recovery Associates, LLC, assignee of Ally Financial, by and through its servicing agent, PRA Receivables Management, LLC** (hereinafter referred to as *"PRA"*), a secured creditor of the above-named Debtor, by its counsel, for relief from the automatic stay pursuant to 11 U.S.C. § 362;

AND it appearing that Debtor, *James F. Colden,* through Debtor's attorney, *Joseph L. Quinn, Esquire,* have reached an agreement with regard to said Motion for Relief regarding a 2015 Jeep Patriot, V.I.N. 1C4NJPCB1FD144022 (the "Vehicle"), as per the terms contained in this Order;

AND, it appearing that Debtor is indebted to *PRA* on a loan which enabled Debtor to purchase said Vehicle, which loan terms are set forth in a Retail Installment Contract (the "Contract"); and

It appearing that *PRA* is the holder of a secured claim against the Debtor and;

It appearing that the Debtor is in arrears post-petition in the amount of *$10,545.08* ($10,064.08 in missed payment, plus $481.00 in attorney's fees and costs) as of May 7, 2019;

It appearing that the Debtors and *PRA* have reached an agreement to cure post-petition arrears and attorney's fees and costs, the Debtor agrees to pay *$878.76* of the current arrears monthly beginning **May 22, 2019** for the next **twelve** (12) months (with payments due on the **twenty-second** of each month) to cure said arrears, while making regular monthly post-petition payments (**$419.83** per the Contract) due under the Contract beginning with the **May 22, 2019**

payment for a total <u>monthly</u> payment from May 22, 2019 through April 22, 2020 of *$1,298.59*, wherefore,

It is hereby **ORDERED** and **DECREED** that if Debtor shall fail to make the regular monthly payment (or any portion thereof) or fail to make payment toward the curing of the arrears as set forth above and Debtor fails to cure said default within ten (10) days after notice by *PRA* (or its counsel) of said default, counsel for *PRA* may file a Certification of Default with the Court setting forth Debtor's default and *PRA* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362), and *PRA* is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law. The Debtor shall be allowed to default and cure such default under this Consent Order one (1) time. Should Debtor default a second (2nd) time, notice of the default will be served, but the Debtor will not be granted an opportunity to cure the default and counsel for *PRA* may file a Certification of Default with the Court setting forth Debtor's default and *PRA* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362).

It is **FURTHER ORDERED** and **DECREED** that in the event Debtor converts to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtor fails to make payment in accordance with this paragraph then *PRA*, through Counsel, may file a certification setting forth said failure and *PRA* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362) and *PRA* is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law.

The failure by *PRA*, at any time, to file a Certification of Default upon default by the Debtors shall not be construed, nor shall such failure act, as a waiver of any of *PRA's* rights hereunder.

This Order is a supplement and in addition to the Contract and not in lieu thereof.

Facsimile signatures shall be accorded the same force and effect as an original signature, and may be submitted to the Court.

It is further Ordered that the fourteen (14) day stay provided by Rule 4001(a)(3) is hereby waived.

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

Post-Petition Arrears:     $10,064.08
Counsel Fees:              $ 481.00
*Total:*                   *$10,545.08*

Creditor: Portfolio Recovery Associates, LLC, assignee of Ally Financial by and through its servicing agent, PRA Receivables Management, LLC
By Counsel: Mester & Schwartz, P.C.

By: _____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

DATED: 5/16/19

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Order.

**Debtor: James F. Colden**
By Counsel for Debtor: Joseph L. Quinn, Esquire

By: _____
Joseph L. Quinn, Esquire
The Law Office of Stephen Ross PC
152 E. High Street, Suite 100
Pottstown, PA 19464
(610) 323-5300

DATED: 5/8/2019

Chapter 13 Trustee

*[signature]*

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105
(215) 627-1377

Dated: 5/17/19

NO pOSITION*

*without prejudice to any trustee rights or remedies