# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James F. Colden<br>　　　　　　　　　　Debtor<br><br>U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-B Mortgage Pass-through Certificates Series 2004-B<br>　　　　　v.<br>James F. Colden　　　Debtor<br><br>Laraine L. Colden　　Co-Debtor<br><br>and William C. Miller Esq.　　Trustee | Chapter 13<br><br><br>NO. 16-10170 MDC |

## ORDER

AND NOW, this 19th day of August, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on February 15, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-B Mortgage Pass-through Certificates Series 2004-B and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6 Country Run Thornbury Twp, PA 19373.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief United States Bankruptcy Judge

cc: See attached service list

James F. Colden
6 Country Run
Thornton, PA 19373-0000

Laraine L. Colden
6 Country Run
Thornton, PA 19373-0000

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Joseph L. Quinn
152 East High Street, Suite 100
Pottstown, PA 19464

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532