United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10170-mdc
James F. Colden                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: JEGilmore             Page 1 of 2                 Date Rcvd: Aug 19, 2019
                               Form ID: pdf900             Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db             +James F. Colden,    6 Country Run,    Thornton, PA 19373-1117
cr             +PRA Receivables Management, LLC,    PO Box 14067,    Norfolk, VA 23518-0067
cr              Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 20 2019 03:19:08     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2019 03:18:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 20 2019 03:19:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: ally@ebn.phinsolutions.com Aug 20 2019 03:18:39     Ally Financial Inc.,
                 P.O. Box 130424,    Roseville, MN 55113-0004
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, Et Al...
               debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Portfolio Recovery Associates, LLC
               jschwartz@mesterschwartz.com
              JOSEPH L QUINN    on behalf of Debtor James F. Colden CourtNotices@rqplaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. as Successor by Merger to
               Wachovia Bank, N.A. amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, National Association et. al.
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, National Association et. al.
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               EMC Mortgage Loan Trust 2004-B Mortgage Pass-through Certificates Series 2004-B
               bkgroup@kmllawgroup.com
              REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com

```
District/off: 0313-2           User: JEGilmore            Page 2 of 2            Date Rcvd: Aug 19, 2019
                               Form ID: pdf900            Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                          TOTAL: 15

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James F. Colden<br>　　　　　　　　　Debtor<br><br>U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-B Mortgage Pass-through Certificates Series 2004-B<br>　　　　　v.<br>James F. Colden　　　Debtor<br><br>Laraine L. Colden　　Co-Debtor<br><br>and William C. Miller Esq.　Trustee | Chapter 13<br><br>NO. 16-10170 MDC |

**ORDER**

AND NOW, this 19th day of August, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on February 15, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-B Mortgage Pass-through Certificates Series 2004-B and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6 Country Run Thornbury Twp, PA 19373.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

cc: See attached service list

James F. Colden
6 Country Run
Thornton, PA 19373-0000

Laraine L. Colden
6 Country Run
Thornton, PA 19373-0000

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Joseph L. Quinn
152 East High Street, Suite 100
Pottstown, PA 19464

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532