**Colden, James F. <jfcolden@vsecorp.com>**     10/9/2019 2:59 PM

## Filing

To Laraine918@comcast.net <laraine918@comcast.net>

---

Dear Mr. Miller, Trustee, I would like a copy of the payments being paid out of my account since filing bankruptcy. I have not received any record of who and how much has been paid out of my account to my creditors. I also would like to know how much longer I will be required to make monthly payments. My account information is as follows 16-10170. I would appreciate any assistance that you could provide with this matter. Thank you

James F Colden
6 Country Run
Thornton, Pa. 19373
610-960-4200
Jc5651@comcast.net personal account email
jfcolden@vsecorp.com work account email
Account number 16-10170


James F. Colden
VSE Corporation
Global Services
Waterfront Manager
jfcolden@vsecorp.com
c. 610-960-4200
f. 757-523-7210
500 Woodlake Drive, Suite One
Chesapeake, VA 23320



OCT 15 2019