United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-10170-mdc
James F. Colden                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Apr 03, 2020
                             Form ID: pdf900          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
db              +James F. Colden,    6 Country Run,    Thornton, PA 19373-1117
cr              +PRA Receivables Management, LLC,    PO Box 14067,    Norfolk, VA 23518-0067
cr              +SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
cr               Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
13658421        +Ally Financial,    c/o Regina Cohen, Esquire,    190 North Independence Mall West,    Suite 500,
                 6th & Race Streets,    Phila., PA 19106-1557
13658424        +Chase Mtg,    P.o. Box 24696,    Columbus, OH 43224-0696
13658425         Laraine L. Colden,    6 Country Run,    Thornton, PA 19373-1117
13729387        #+Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13658426         Manley Deas Kochalski LLC,    PO Box 165028,    Columbus, OH 43216-5028
13739838        +U.S. Bank National Association, as Trustee, succes,    Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13808369        +U.S. Bank, National Association, as Tru,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13658428         Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
13720393        +Wells Fargo Bank, N.A. Home Equity Group,    1 Home Campus  X2303-01A,
                 Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Apr 04 2020 04:14:06     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2020 04:13:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 04 2020 04:14:02     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13658422         E-mail/Text: ebn@americollect.com Apr 04 2020 04:14:00     Americollect Inc,    Po Box 1566,
                 Manitowoc, WI 54221
13663452         E-mail/Text: ally@ebn.phinsolutions.com Apr 04 2020 04:13:27     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
13658423         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 04 2020 04:46:53
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
13681852         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 04 2020 04:45:32
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13711764        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 04 2020 04:13:53     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
13953331         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2020 04:45:29
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13658427        +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2020 04:48:18     Syncb/hh Gregg,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                                                TOTAL: 10


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                    Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Apr 03, 2020
                              Form ID: pdf900          Total Noticed: 23

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
           ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
            agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
           DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, Et Al...
            debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
           JASON BRETT SCHWARTZ    on behalf of Creditor    Portfolio Recovery Associates, LLC
            jschwartz@mesterschwartz.com
           JOSEPH L QUINN    on behalf of Debtor James F. Colden CourtNotices@rqplaw.com
           JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
            bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
           KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
           KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. as Successor by Merger to
            Wachovia Bank, N.A. amps@manleydeas.com
           MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, National Association et. al.
            bkgroup@kmllawgroup.com
           REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, Et Al...
            bkgroup@kmllawgroup.com
           REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, National Association et. al.
            bkgroup@kmllawgroup.com
           REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
            EMC Mortgage Loan Trust 2004-B Mortgage Pass-through Certificates Series 2004-B
            bkgroup@kmllawgroup.com
           REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
            ksweeney@lavin-law.com
           THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
            tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                TOTAL: 15

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    Chapter 13
JAMES F. COLDEN


            Debtor              Bankruptcy No. 16-10170-MDC


# O R D E R


AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


April 2, 2020                    *Magdeline D. Colen*

                    _____
                        Magdeline D. Coleman
                        Chief Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-


Debtor:
JAMES F. COLDEN

6 COUNTRY RUN

THORNTON, PA 19373-